Submitted on record and brief November 3, affirmed without opinion November 10, 1972

## STATE OF OREGON, *Respondent, v.* DARRELL DEAN ROOK (No. 9036), *Appellant.*

502 P2d 390

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.